**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **POMPEY HICKS, III,** : | CIVIL ACTION |
|       Plaintiff, : |   FILED |
| v. : | NO. MAY 23, 2008          YM |
| : |   08CV3030 |
| **DIRECTSAT USA, LLC,** : |   JUDGE DOW |
|       Defendant. : |   MAGISTRATE JUDGE BROWN |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT DIRECTSAT USA, LLC**

DirectSat USA, LLC ("DirectSat") makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2: non-governmental corporate party DirectSat, a Delaware limited liability company, is a wholly-owned subsidiary of Unitek USA, LLC ("Unitek"), also a Delaware limited liability company; Unitek is DirectSat's sole member; the sole member of Unitek is Unitek Acquisition Corporation, which is a corporation incorporated in Delaware with a principal place of business in Blue Bell, PA; and no publicly held corporation owns 10% or more of DirectSat's stock.

                    Respectfully submitted,

                    /s/ Ursula A. Taylor
                    Jason S. Dubner
                    Ursula A. Taylor
                    Butler Rubin Saltarelli & Boyd
                    70 West Madison Street, Suite 1800
                    Chicago, IL 60602
                    (312) 444-9660

                    Eric J. Bronstein
                    Colin D. Dougherty
                    Elliott Greenleaf & Siedzikowski, P.C.
                    Union Meeting Corporate Center
                    925 Harvest Drive, Suite 300
                    Blue Bell, PA 19422
                    (215) 977-1000

DATED: May 23, 2008          Attorneys for Defendant DirectSat USA, LLC

W0068110v1