## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, LAW DIVISION

POMPEY HICKS, III )
)
)
Plaintiff )
)
) No. 2008L004229
vs. )
)
) Calendar W
DIRECTSAT USA, LLC )
)
)
Defendant )
)
)

**Amount Claimed:** In excess of $30,000.00

## ACKNOWLEDGMENT OF RECEIPT OF COMPLAINT AND
## WAIVER OF SERVICE OF SUMMONS

I declare, under penalty of perjury, that I received a copy of the complaint in the above captioned matter at Union Meeting Corporate Center V, P.O. Box 3010, 925 Harvest Drive, Suite 300, Blue Bell, PA 19422,

and I hereby waiver service of summons on behalf of the defendant identified below.

PRINT or TYPE Name **DirectSat USA, LLC**

Relationship to Entity/Authority to Receive Service of Process

**Attorney for DirectSat USA, LLC**

Signature _____

Date of Signature ___5/9/08___