# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

POMPEY HICKS, III, Plaintiff
v.
DIRECTSAT USA, LLC, Defendant

Case Number: 08CV3030

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DIRECTSAT USA, LLC

| | |
|---|---|
| NAME (Type or print) COLIN D. DOUGHERTY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Colin D. Dougherty | |
| FIRM Elliott Greenleaf & Siedzikowski, P.C. | |
| STREET ADDRESS 925 Harvest Drive, Suite 300, P.O. Box 3010 | |
| CITY/STATE/ZIP Blue Bell | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 215-977-1029 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |