IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| POMPEY HICKS, III ) | | |
| ) | | |
| Plaintiff, ) | No. | 08 CV 3030 |
| ) | | |
| vs. ) | Judge Dow | |
| ) | | |
| DIRECTSAT USA, LLC ) | Magistrate Judge Brown | |
| ) | | |
| Defendant. ) | | |
| ) | | |
| ) | | |

**JOINT INITIAL STATUS REPORT**

NOW COMES Plaintiff, POMPEY L. HICKS, III ("HICKS"), by and through his undersigned attorneys, and Defendant, DIRECTSAT USA, LLC, by and through its undersigned attorneys, and for their Joint Initial Status Report, state as follows:

1. **A.    Attorneys of Record:**

| For Plaintiff: | For Defendant: |
|---|---|
| JEFFREY B. GRANICH<br>Law Offices of Jeffrey B. Granich<br>53 W. Jackson Blvd., Suite 840<br>Chicago, IL 60604<br>(312) 939-9009 | ERIC J. BRONSTEIN<br>Elliott Greenleaf & Siedzikowski, PC<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422<br>(215) 977-1000 |
| Mr. Granich will be Plaintiff's lead trial attorney | Mr. Bronstein will be Defendant's lead trial attorney |

| | |
|---|---|
| JOSH M. FRIEDMAN<br>The Law Offices of Josh Friedman<br>53 W. Jackson Blvd., Suite 840<br>Chicago, IL 60604<br>(312) 886-0277 | COLIN D. DOUGHERTY<br>Elliott Greenleaf & Siedzikowski, PC<br>925 Harvest Drive<br>Suite 300<br>Blue Bell, PA 19422<br>(215) 977-1000<br><br>JASON S DUBNER<br>Butler Rubin Saltarelli & Boyd<br>70 West Madison<br>Chicago, IL 60602<br>(312) 444-9660<br><br>URSULA A. TAYLOR<br>Butler, Rubin, Saltarelli & Boyd<br>70 West Madison<br>Chicago, IL 60602<br>(312) 444-9660 |

.   **B.    Basis for federal jurisdiction:**

This action arises under Illinois state law, but was removed to this Court pursuant to Defendant's Notice of Removal under 28 U.S.C. § 1441(a), as the parties are in complete diversity, and Defendant has alleged that the value of Plaintiff's case in excess of $75,000.

**C.    Nature of claims and counterclaims:**

This case arises out of Defendant's discharge of Plaintiff from his employment with Defendant as a satellite television installation technician. Plaintiff alleges a common law claim of retaliatory discharge under Illinois law and a Whistleblower claim under the Illinois Whistleblower Act, 735 ILCS 174/1 et seq.

**D.    Status of Service of Process:**

All parties have been served.

E. **Principal legal issues:**

The principal legal issues in this case involve whether Defendant's discharge of Plaintiff violated the Illinois Whistleblower Act, and whether it constituted retaliation against Plaintiff in violation of Illinois public policy.

F. **Principal Factual Issues**

The principal factual issues are whether Defendant discharged Plaintiff in retaliation for his workers' compensation claim, his claim for unpaid wages, and/or his complaint of Defendant's alleged violation of the One Day Rest in Seven Act.

G. **Jury Demand**

Both parties have requested a jury.

H. **Discovery**

1. No discovery has been propounded to date.

2. Anticipated Discovery

    Plaintiff intends to submit interrogatories, requests to admit and document requests to defendant and several of defendant's former employees. Plaintiff anticipates taking approximately 6 party depositions and 3 third-party depositions.

    Defendant intends to submit interrogatories, requests to admit and document requests to Plaintiff but is not sure at this time whether any other discovery will be needed or the number of depositions it will need to take.

3. **Rule 26(a)(1) disclosure date:**
   August 14, 2008.

4. **Fact discovery completion date:**
   February 2, 2009.

5. **Dispositive motion deadline:**
   March 2, 2009.

6. **Final pretrial order deadline:**
   May 1, 2009 (or 30 days after ruling on dispositive motion).

7. **When the case will be ready for trial:**
   June 1, 2009.

3

**I.** **The probable length of trial:**

   2-4 days

**J.** **Consent to Proceed Before a Magistrate Judge:**

The parties do not consent to proceeding before a magistrate.

**K.** **Status of Settlement Discussions:**

Plaintiff has made a settlement demand but Defendant has not responded.

**L.** **Settlement conference:**

The parties believe that a settlement conference would be premature at this time, but they would be willing to agree to a settlement conference after significant discovery has been completed.

                       Respectfully submitted,

| For Plaintiff: | For Defendant: |
|---|---|
| /s/Jeffrey B. Granich<br>JEFFREY B. GRANICH<br>Law Offices of Jeffrey B. Granich<br>53 W. Jackson Blvd., Suite 840<br>Chicago, IL 60604<br>(312) 939-9009 | /s/Eric J. Bronstein<br>ERIC J. BRONSTEIN<br>Elliott Greenleaf & Siedzikowski, PC<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422<br>(215) 977-1000 |
| /s/Josh M. Friedman<br>JOSH M. FRIEDMAN<br>The Law Offices of Josh Friedman<br>53 W. Jackson Blvd., Suite 840<br>Chicago, IL 60604<br>(312) 886-0277 | /s/Colin D. Dougherty<br>COLIN D. DOUGHERTY<br>Elliott Greenleaf & Siedzikowski, PC<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422<br>(215) 977-1000 |
| | /s/Jason S, Dubner<br>JASON S DUBNER<br>Butler Rubin Saltarelli & Boyd<br>70 West Madison<br>Chicago, IL 60602<br>(312) 444-9660 |

<u>/s/Ursula A. Taylor</u>
URSULA A. TAYLOR
Butler, Rubin, Saltarelli & Boyd
70 West Madison
Chicago, IL 60602
(312) 444-9660

**CERTIFICATE OF SERVICE**

      I, Josh Friedman, Attorney for Plaintiff, hereby certify that a copy of the foregoing Joint Initial Status Report was served by this Court's ECF system on July 18, 2008 on the following individuals:

ERIC J. BRONSTEIN
Elliott Greenleaf & Siedzikowski, PC
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000


COLIN D. DOUGHERTY
Elliott Greenleaf & Siedzikowski, PC
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000

JASON S DUBNER
Butler Rubin Saltarelli & Boyd
70 West Madison
Chicago, IL 60602
(312) 444-9660

URSULA A. TAYLOR
Butler, Rubin, Saltarelli & Boyd
70 West Madison
Chicago, IL 60602
(312) 444-9660


/s/ Josh M. Friedman
One of the attorneys for Plaintiff